# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DAVID C. JUAREZ,**
        **Petitioner,**

v.                                            Case No. 23-CV-334

**RACINE COUNTY CIRCUIT COURT,**
        **Respondent.**

## ORDER

On April 13, 2023, Magistrate Judge William E. Duffin issued a decision recommending that David C. Juarez's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 be dismissed without prejudice for failure to exhaust state court remedies. The recommendation was served on all parties and mailed to pro se petitioner that same day. Under 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72(b)(2), and General Local Rule 72(c), the parties had 14 days to file written objections to the order. That time has expired without either party filing an objection. For this reason, I will accept the recommendation in full.

**THEREFORE, IT IS ORDERED** that Magistrate Judge Duffin's Report and Recommendation (ECF No. 7) is **ACCEPTED**. For the reasons stated in the report and recommendation, Mr. Juarez's petition for habeas corpus (ECF No. 1) is **DISMISSED** without prejudice. The Clerk of Court shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 15th day of August, 2023.

                                          /s/Lynn Adelman
                                          LYNN ADELMAN
                                          District Judge